**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 348 MAL 2018

                     Respondent   :

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

               v.   :

BRIAN DAVID SMITH,   :

                      Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.